UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY MALFATTI, <br><br> Plaintiff, <br><br> v. <br><br> MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., et al., <br><br> Defendants. | Case No.: 4:11-cv-03142-YGR <br><br> **ORDER REGARDING STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE** |

On January 19, 2012, the parties in this action filed a Stipulation to Continue Case Management Conference; [Proposed] Order Thereon.  (Dkt. No. 28.)  Pursuant to the Court's Reassignment Order dated January 18, 2012 (Dkt. No. 27), all case management conferences were vacated.  (*See* Section A.6.)  Because there is no case management conference set, the Court DENIES the parties' requested proposed order as moot.

The Court refers the parties to Section B of the Reassignment Order.  With respect to Case Management Conference Statements, separate statements are appropriate if one or more of the parties is proceeding without counsel.  All Case Management Conference Statements in this action, whether joint or separate, are due within seven (7) business days of the date of the Reassignment Order, namely January 27, 2012.  Further, the Court refers the parties to Section A.7 regarding re-noticing pending motions.

**IT IS SO ORDERED.**

Dated: January 25, 2012

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**

United States District Court
Northern District of California